```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
LL JOHN DOE #6,

                        Plaintiff,

        - against -                        ORDER

GREATER NEW YORK COUNCILS, BOY             21 Civ. 6940 (NRB)
SCOUTS OF AMERICA; BROOKLYN
COUNCIL, BOY SCOUTS OF AMERICA,
INC.; CONCORD BAPTIST CHURCH OF
CHRIST; AMERICAN BAPTIST CHURCHES
USA,

                        Defendants.
------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** defendant Boy Scouts of America filed for Chapter 11 bankruptcy relief in the U.S. Bankruptcy Court for the District of Delaware on February 18, 2020; and

**WHEREAS** on September 8, 2022, defendant Boy Scouts of America's plan of reorganization was confirmed by the District of Delaware; and

**WHEREAS** pending further developments in the implementation of the Boy Scouts of America's plan of reorganization, which is expected to take many months, this Court can take no further action; it is hereby

**ORDERED** that this action is stayed; and it is hereby

**ORDERED** that either party may seek leave from the Court to modify the stay.

Dated:    New York, New York
          September 1, 2023

                                              _____
                                              NAOMI REICE BUCHWALD
                                              UNITED STATES DISTRICT JUDGE